## A. R. Fifer, Defendant in Error, v. Hyman Lewis and Louis Redman, Plaintiffs in Error.

### Gen. No. 18,289. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed November 24, 1913.

### Statement of the Case.

Action by A. R. Fifer, trading as A. R. Fifer & Company, against Hyman Lewis and Louis Redman, to recover broker's commissions on the sale of property. From a judgment of three hundred dollars and costs, defendants bring error.

William Reeda and Samuel Micon, for plaintiffs in error.

Max M. Grossman, for defendant in error.

Mr. Justice Brown delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

## Abstract of the Decision.

BROKERS, § 48*—*when principal effecting sale is liable for commissions.* A broker secured a purchaser and the owner not agreeing to the purchase price in the contract of sale prepared by the broker refused to sign the contract and terminated the negotiations. The owner subsequently sought out the purchaser and made a similar contract with him in a third person's name, providing for the repudiated purchase price. The third person then assigned the contract to the purchaser. *Held*, the owner was liable to his broker for commissions.